DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEANNA HORNE,**
Appellant,

v.

**JASON COLBERG,**
Appellee.

No. 4D17-3345

[June 28, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 50-2017-DR-009398-XXXX-MB (FD/TD).

Jane Woodfield Morin of Legal Aid Society of Palm Beach County, Inc., West Palm Beach, for appellant.

Ade Griffin, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***